NJF6

Fisher And Fisher
File # 46319

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

DEC 1 8 2001

| | |
|---|---|
| Manufacturers & Traders Trust Company, One M&T Plaza Buffalo, NY 14203-2399, Trustee for Securitization Series 1994-2, Agreement dated 3-10-94<br>Plaintiff<br>VS.<br>Kenneth Ruff and Susan J. Ruff, United States of America, Leasacomm, Greenwood Trust Company<br>Defendant | ) NO. 01 C 3389<br>) Judge COAR<br>)<br>) This is an attempt to collect a debt and any information obtained will be used for that purpose. |

## NOTICE OF MOTION

To: -Kenneth Ruff, 1861 Denison Road, Naperville, IL. 60565
-Susan J. Ruff, 1861 Denison Road, Naperville, IL. 60565
-Joel Nathan, C/o Assistant United States Attorney, 219 S. Dearborn, 5th Floor, Chicago, IL 60604
-LeasAcomm, c/o Prentice Hall, 33 N. Lasalle Street, Chicago, IL. 60602
-Greenwood Trust Company, 100 W. Market Street, Greenwood, DE. 19950

On December 17, 2001, at 9:15 a.m., or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge COAR in courtroom #1419 or any other Judge presiding in his place in the Dirksen Federal Building located at 219 S. Dearborn, Chicago, Illinois, and shall then present the attached Motion for Judgment of Foreclosure.

One of its Attorneys

**Elizabeth Kaplan Meyers, Renee Meltzer Kalman,
Michael S. Fisher, Kenneth J. Johnson, Erik E. Blumberg,
Marc D. Engel, Julie E. Fox, Ryan Krueger
FISHER AND FISHER, Attorneys at Law PC
Attorneys for Plaintiff,
120 North LaSalle St., Suite 2520
Chicago, IL 60602, (773) 854-8055**

PROOF OF SERVICE BY MAIL

I, the undersigned, an attorney certify that I served this notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. mail at 120 North LaSalle St., Chicago, Illinois at 5:00 p.m., on November 29, 2001.

One of its Attorneys

1



njf7                                                       Fisher And Fisher
                                                           File # 46319

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Manufacturers & Traders Trust Company, One M&T Plaza Buffalo, NY 14203-2399, Trustee for Securitization Series 1994-2, Agreement dated 3-10-94           Plaintiff | ) ) ) ) ) ) | |
| VS. | ) | NO. 01 C 3389 |
| Kenneth Ruff and Susan J. Ruff, United States of America, Leasacomm, Greenwood Trust Company           Defendant | ) ) ) ) | Judge COAR |

DOCKETED
DEC 18 2001

**MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE**

Now comes Plaintiff, by FISHER AND FISHER, its attorneys, and moves for Summary Judgment of Foreclosure and Sale against United States of America, and in support thereof states that based on the pleadings and supporting affidavit placed of record with this court, there are no genuine issues as to any material facts and Plaintiff is entitled to a Judgment of Foreclosure on the complaint in this case as a matter of law.

Respectfully submitted,

Manufacturers & Traders Trust Company, One M&T Plaza Buffalo, NY 14203-2399, Trustee for Securitization Series 1994-2, Agreement dated 3-10-94

By: _____
One of its Attorneys

Elizabeth Kaplan Meyers, Renee Meltzer Kalman,
Michael S. Fisher, Kenneth J. Johnson, Erik E. Blumberg,
Marc D. Engel, Julie E. Fox, Ryan Krueger
FISHER AND FISHER
Attorneys at Law, P.C.
120 North LaSalle Street, Suite 2520
Chicago, Illinois 60602, (773) 854-8055