njf4             **Fisher And Fisher**
           **File # 46319**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Manufacturers & Traders Trust Company, One M&T Plaza Buffalo, NY 14203-2399, Trustee for Securitization Series 1994-2, Agreement dated 3-10-94<br>Plaintiff<br>VS.<br>Kenneth Ruff and Susan J. Ruff, United States of America, Leasacomm, Greenwood Trust Company<br>Defendant | NO. 01 C 3389<br>Judge COAR |

**DOCKETED**
DEC 1 8 2001

### MOTION FOR DEFAULT ORDER

    Now comes plaintiff by its attorneys, FISHER AND FISHER, ATTORNEYS AT LAW, P.C. and requests that an order finding Kenneth Ruff, Susan J. Ruff, Leasecomm and Greenwood Trust Company, defendants, in default.

Manufacturers & Traders Trust Company, One M&T Plaza Buffalo, NY 14203-2399, Trustee for Securitization Series 1994-2, Agreement dated 3-10-94
Plaintiff

By _[signature]_
**One of Plaintiff's Attorneys**

**Elizabeth Kaplan Meyers**
**Renee Meltzer Kalman**
**Michael S. Fisher**
**Kenneth J. Johnson**
**Erik E. Blumberg**
**Marc D. Engel**
**Julie E. Fox**
**Ryan Krueger**
**FISHER AND FISHER**
**ATTORNEY AT LAW, P.C.**
**120 NORTH LASALLE, SUITE 2520**
**CHICAGO, IL 60602**
**TELEPHONE: (773) 854-8055**

1